IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                              CIV. S-06-2785 DFL EFB

    Plaintiff,

  v.                                            ORDER RE DISPOSITION AFTER
                                               NOTIFICATION OF SETTLEMENT
WESTERN TRUCK PARTS &
EQUIPMENT COMPANY, LLC,
et al.,

    Defendants.
_____/

    The court has been advised by plaintiff's counsel, Scott N. Johnson, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than March 21, 2007; and

//

1

2.  That all hearing dates previously set in this matter are vacated.

IT IS SO ORDERED.

Dated:  March 1, 2007

/s/ David F. Levi
DAVID F. LEVI
United States District Judge